**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **ORTHOSIE SYSTEMS, LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **M&G FLEET SOLUTIONS,** <br><br> **Defendant.** | **CIVIL ACTION NO.: 4:16-cv-991** <br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Orthosie Systems, LLC moves to voluntarily dismiss Defendant M&G Fleet Solutions ("M&G"), WITHOUT prejudice. The opposing party has not served an answer or a motion for summary judgment.

April 3, 2018

Respectfully Submitted,

By: /s/ Ronald W. Burns
Ronald W. Burns
Texas State Bar No. 24031903
Sbaiti & Co., PLLC
1201 Elm St., Suite 4010
Dallas, Texas 75270
Phone: 214-432-2899
rwb@sbaitilaw.com
kjr@sbaitilaw.com

**ATTORNEY FOR PLAINTIFF**
**ORTHOSIE SYSTEMS, LLC**

[2]

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel of record who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 3rd day of April, 2018.

/s/ Ronald W. Burns
Ronald W. Burns, Esq.