IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ORTHOSIE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>M&G FLEET SOLUTIONS,<br><br>Defendant. | CIVIL ACTION NO. 4:16-cv-991<br><br>JURY TRIAL DEMANDED |

### ORDER

Having considered Plaintiff Orthosie Systems, LLC's ("Plaintiff") Motion to Dismiss Defendant M&G Fleet Solutions ("M&G"), the Court finds that good cause exists for granting that motion. The Motion to Dismiss is GRANTED. All claims asserted by Plaintiff against Defendant M&G are hereby dismissed WITHOUT prejudice. Each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.
SIGNED this 9th day of April, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE